| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)*                              Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Art & Dentistry, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Art and Dentistry**<br>**FDBA  Beam Bright Dental** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **52-2273627**<br>**90-1127715** |

| 4. | Debtor's address | **Principal place of business**<br><br>**6500 Rock Spring Drive, Suite 110**<br>**Bethesda, MD 20817**<br>Number, Street, City, State & ZIP Code<br><br>**Montgomery**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |
|---|---|---|

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor **Art & Dentistry, LLC**     Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **6212**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** *that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | **Greenbelt, MD** | When | **6/19/19** | Case number | **19-18294-LSS** |
| District | **Greenbelt, MD** | When | **9/20/17** | Case number | **17-22579-WIL** |

Debtor **Art & Dentistry, LLC** _____  Case number (*if known*)_____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than100,000  

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
■ $100,001 - $500,000  
☐ $500,001 - $1 million  

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion  

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 3

Debtor **Art & Dentistry, LLC** Case number (*if known*)
Name

☐ $50,001 - $100,000 ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

| Debtor | **Art & Dentistry, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 22, 2023**
MM / DD / YYYY

**X** **/s/ Ellen Brodsky**                                   **Ellen Brodsky**
Signature of authorized representative of debtor              Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X** **/s/ David E. Lynn**                                   Date **September 22, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**David E. Lynn MDFedBar#08779**
Printed name

**David E. Lynn, P.C.**
Firm name

**15245 Shady Grove Road, Suite 465 N**
**Rockville, MD 20850**
Number, Street, City, State & ZIP Code

Contact phone **301-255-0100**     Email address **davidlynn@verizon.net**

**MDFedBar#08779 MD**
Bar number and State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

In re   **Art & Dentistry, LLC** _____   Case No. _____
Debtor(s)

# FORM 1. VOLUNTARY PETITION
### Attachment A

## WRITTEN CONSENT OF THE MEMBER OF ART & DENTISTRY, LLC

The undersigned, being the sole Member of Art & Dentistry, LLC (the "Company") hereby adopts the following resolutions on behalf of the Company:

WHEREAS, the Company is indebted to various persons and is unable to pay its debts in full as they become due and payable, and desires to make an arrangement with its creditors; and

WHEREAS, the Company is in need of legal counsel to protect the interests of the Company, its creditors and other interested parties in the resolution of these financial difficulties,

BE IT THEREFORE RESOLVED: That in the judgment of the Member of the Company, it would be in the best interests of the Company, its creditors and other interested parties that a Chapter 11 proceeding be filed for the Company in the United States Bankruptcy Court for the District of Maryland, and it is

FURTHER RESOLVED: That Ellen Brodsky, Managing Member of the Company, is hereby authorized and directed on behalf of the Company to perform all acts, execute all papers and do all things reasonably necessary and incident to the filing and continuing prosecution of such a Chapter 11 proceeding, and it is

FURTHER RESOLVED: That the Company is authorized to retain and employ as legal counsel the firm of David E. Lynn, P.C., of Rockville, Maryland for the successful resolution of such Chapter 11 proceedings.

THIS RESOLUTION is adopted by the signature of the Member hereon.

Dated:  Sept. 22, 2023            */s/ Ellen Brodsky*
                                  Ellen Brodsky, sole Member

In re   **Art & Dentistry, LLC**                                                                                          Case No.
                                              Debtor(s)

# FORM 1. VOLUNTARY PETITION
## Attachment B

## STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(B)

Attached is the Debtor's most-recent statement of operations.

The Debtor has no cash flow statement separate from its statement of operations, nor does it produce a balance sheet.

As a single-member limited liability company, the Debtor's financial results are reported on the tax returns of its Member, Ellen Brodsky, so the Debtor has no separate federal income tax return to append to this filing.

# ART AND DENTISTRY LLC
## Profit & Loss
### July 2023

|  | Jul 23 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Fee for service-Credit Cards | 21,613.71 |
|     Fee for Service Income | 48,185.74 |
|     Refunds and Business Loan | 95,509.97 |
|   **Total Income** | 69,799.45 |
|   **Expense** | |
|     Advertising and Promotion | 1,343.01 |
|     Automobile Expense | |
|       Automobile Expense - Other | 569.84 |
|     Total Automobile Expense | 569.84 |
|     Bank Service Charges | 974.75 |
|     Business insurance policies | 338.75 |
|     Business Loan | 21,793.05 |
|     Claims Processing | 811.33 |
|     Computer and Internet Expenses | 732.55 |
|     Dental Equipment | 57.86 |
|     Dental Supplies | 3,237.66 |
|     Health Insurance | 15,908.41 |
|     Ind Contractors - Dentist | |
|       Ind Contr-Dentist-Dr A Schiep | 8,335.06 |
|       Ind Contr-Dentist-Dr B Kitahara | 242.50 |
|     Total Ind Contractors - Dentist | 8,577.56 |
|     Sandy Spring Bank | 1,600.00 |
|     Laboratory Fees | 6,049.00 |
|     Moneries CC processing fee | 1,072.62 |
|     Office Event | 1,259.71 |
|     Office Expense | 3,443.89 |
|     Parking Fee | 720.00 |
|     Patient Refunds | 375.20 |
|     Payroll Expenses | |
|       Company Contributions | |
|         401K Retirement | 321.34 |
|       Total Company Contributions | 321.34 |
|       Payroll Expenses - Other | 25,147.49 |
|     Total Payroll Expenses | 25,468.83 |
|     Professional Disability Ins | 721.75 |
|     Professional Liability Ins | 384.60 |
|     Small Medical Equipment rent | 294.68 |
|     Telephone Expense | 389.47 |
|     temp hygienist | 7,688.25 |
|     Utilities | 1,264.00 |
|   **Total Expense** | 105,076.77 |
|   **Net Ordinary Income** | -35,277.32 |
| **Net Income** | **-35,277.32** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Art & Dentistry, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Everbank Commercial Finance 10 Waterview Blvd. 2nd Floor Parsippany, NY 07054 | | Business loan | Disputed | | | $437,731.48 |
| Elizabethean Court Associates IV LP c/o Vornado/Charles E. Smith 2345 Crystal Drive, Suite 1000 Arlington, VA 22202 | | Rent | | | | $423,363.97 |
| Montgomery County MD 101 Monroe Street Rockville, MD 20850 | | Personal property tax | | | | $103,417.62 |
| Aurum Lab 789 Tech Center Drive Unit C Durango, CO 81301 | | Lab fees | | | | $80,000.00 |
| DeLage Landen Financial Services PO Box 41602 Philadelphia, PA 19101 | | Business Loan | | | | $78,917.97 |
| On Deck Capital, Inc. 901 N. Stuart Street Arlington, VA 22203 | | Business loan | | | | $71,435.18 |
| Summit B2B 132 32nd St. Ste 311 Brooklyn, NY 11232 | | Business loan | | | | $37,475.00 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 1

Debtor **Art & Dentistry, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Summit B2B**<br>132 32nd St.<br>Ste 311<br>Brooklyn, NY 11232 | | **Business loan** | | | | $25,000.00 |
| **Silverline Financial**<br>860 Broadway<br>5th Floor<br>New York, NY 10003 | | **Business loan** | | | | $22,000.00 |
| **Arteeth Lab**<br>8321 Old Courthouse Rd.<br>Ste. 150<br>Vienna, VA 22182 | | **Lab fees** | | | | $20,632.00 |
| **Maryland Department of Labor**<br>1100 North Eutaw St.<br>Baltimore, MD 21201 | | **Unemployment tax** | **Disputed** | | | $14,118.33 |
| **ERC Pros**<br>135 Mountain Way Drive<br>Orem, UT 84058 | | **Professional fees** | | | | $11,750.00 |
| **Liptz, Roberts**<br>5550 Friendship Blvd.<br>Ste.500<br>Chevy Chase, MD 20815 | | **Professional fees** | | | | $10,835.69 |
| **Suntrust Bank**<br>PO Box 79079<br>Baltimore, MD 21279 | | **Business Line of Credit** | | | | $7,071.91 |
| **eAssist**<br>PO Box 29650<br>Phoenix, AZ 85038 | | | | | | $2,444.09 |
| **American Express**<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | | **Credit card** | | | | $2,244.40 |
| **Eadvance Serv**<br>80 State Street<br>Albany, NY 12207 | | **All of Debtor's property** | | $10,111.00 | **Undetermined** | **Undetermined** |
| **Eadvance Serv**<br>80 State Street<br>Albany, NY 12207 | | **All of Debtor's property** | | $16,489.00 | **Undetermined** | **Undetermined** |
| **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | **Business tax** | **Unliquidated** | | | $0.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Debtor **Art & Dentistry, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Maryland Comptroller of the Treasury Income Tax Division Annapolis, MD 21411** | | **Business tax** | **Unliquidated** | | | $0.00 |

# United States Bankruptcy Court
### District of Maryland

In re **Art & Dentistry, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ellen Brodsky, D.D.S.**<br>**6500 Rock Spring Dr. #110**<br>**Bethesda, MD 20817** | | **100% ownership interest** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 22, 2023**

Signature **/s/ Ellen Brodsky**

**Ellen Brodsky**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re  **Art & Dentistry, LLC**                                                         Case No.  
                                        Debtor(s)                                        Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 22, 2023**                          **/s/ Ellen Brodsky**  
                                                        **Ellen Brodsky**/**Managing Member**  
                                                        Signer/Title

American Express
P.O. Box 1270
Newark, NJ 07101-1270


Arteeth Lab
8321 Old Courthouse Rd.
Ste. 150
Vienna, VA 22182


Aurum Lab
789 Tech Center Drive
Unit C
Durango, CO 81301


DeLage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101


District Director, SBA
Washington Metro Area District Ofc.
403 3rd Street, SW
Washington, DC 20416


Eadvance Serv
80 State Street
Albany, NY 12207


eAssist
PO Box 29650
Phoenix, AZ 85038


Elizabethean Court Associates IV LP
c/o Vornado/Charles E. Smith
2345 Crystal Drive, Suite 1000
Arlington, VA 22202


ERC Pros
135 Mountain Way Drive
Orem, UT 84058

Everbank Commercial Finance
10 Waterview Blvd.
2nd Floor
Parsippany, NY 07054


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Liptz, Roberts
5550 Friendship Blvd.
Ste.500
Chevy Chase, MD 20815


Maryland Comptroller of the Treasury
Income Tax Division
Annapolis, MD 21411


Maryland Comptroller of Treasury
Compliance Division - Bankruptcy
301 W. Preston Street
Baltimore, MD 21201-2383


Maryland Department of Labor
1100 North Eutaw St.
Baltimore, MD 21201


Montgomery County MD
101 Monroe Street
Rockville, MD 20850


On Deck Capital, Inc.
901 N. Stuart Street
Arlington, VA 22203


Danielle E.  Ryan, Esq.
Fox Rothschild LLP
747 Constitution Drive #100
Exton, PA 19341

Robin A. Sheehan, Esq.
Sheehan & Feaver, PC
5 3rd Street, Ste. 722
San Francisco, CA 94103


Bryn H. Sherman, Esq.
Offit | Kurman
7501 Wisconsin Ave., Ste. 1000W
Bethesda, MD 20814


Silverline Financial
860 Broadway
5th Floor
New York, NY 10003


Summit B2B
132 32nd St.
Ste 311
Brooklyn, NY 11232


Suntrust Bank
PO Box 79079
Baltimore, MD 21279


U.S. Attorney for Maryland
36 S. Charles Street
4th Floor
Baltimore, MD 21201


U.S. Small Business Admin.
2120 Riverfront Drive, Ste. 100
Little Rock, AR 72202-1747


U.S. Small Business Administration
PO Box 3918
Portland, OR 97208

Frances C. Wilburn, Esq.
Offit | Kurman
7501 Wisconsin Ave., Ste. 1000W
Bethesda, MD 20814

# United States Bankruptcy Court
## District of Maryland

In re **Art & Dentistry, LLC**　　　　　　　　　　　　　　　Case No.　_____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Art & Dentistry, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 22, 2023**　　　　　　　　　　　　　/s/ David E. Lynn
Date　　　　　　　　　　　　　　　　　　　　　**David E. Lynn MDFedBar#08779**
　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　　Counsel for **Art & Dentistry, LLC**
　　　　　　　　　　　　　　　　　　　　　　　**David E. Lynn, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　**15245 Shady Grove Road, Suite 465 N**
　　　　　　　　　　　　　　　　　　　　　　　**Rockville, MD 20850**
　　　　　　　　　　　　　　　　　　　　　　　**301-255-0100**
　　　　　　　　　　　　　　　　　　　　　　　**davidlynn@verizon.net**