_____                              _____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                      Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 11/06/2023 Time: 10:00

**CASE: 23-16790 Art & Dentistry, LLC**

David E. Lynn ✓ representing Art & Dentistry, LLC (Debtor)

representing Lawrence A. Katz ✓ (Trustee)

representing For Internal Use Only (Trustee)

L. Jeanette Rice and Lynn A. Kohen ✓ representing US Trustee - Greenbelt (U.S. Trustee)

Lynn A. Kohen representing U.S. Trustee (U.S. Trustee)

[1] Chapter 11 Subchapter V Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Art & Dentistry, LLC. Ch 11 Plan Subch V Due by 12/21/2023. Government Proof of Claim due by 03/20/2024. Schedule A/B due 10/6/2023. Schedule D due 10/6/2023. Schedule E/F due 10/6/2023. Schedule G due 10/6/2023. Schedule H due 10/6/2023. Statement of Financial Affairs due 10/6/2023. Summary of Assets and Liabilities due 10/6/2023. Incomplete Filings due 10/6/2023Appointment of health care ombudsman due by 10/13/2023

**MOVANT** : Art & Dentistry, LLC BY D Lynn

  [14] Motion to Use Cash Collateral (Interim) Filed by Art & Dentistry, LLC. (Attachments: #s3 Proposed Order)

**MOVANT** : Art & Dentistry, LLC BY D Lynn

  [18] Objection on behalf of US Trustee - Greenbelt Filed by Lynn A. Kohen (related document(s) 14 Motion to Use Cash Collateral filed by Debtor Art & Dentistry, LLC).

**MOVANT** : US Trustee - Greenbelt BY L Rice L Kohen

  [20] Objection on behalf of Elizabethean Court Associates IV, LP Filed by Stephen W. Nichols    (related document(s) 14 Motion to Use Cash Collateral filed by Debtor Art & Dentistry, LLC).

**MOVANT** : Elizabethean Court Associates IV, LP BY S Nichols ✓

  [28] Motion to Assume Leases or Executory Contracts or, in the Alternative, for Authority to Pay Prepetition Contract Amounts Filed by Art & Dentistry, LLC. (Attachments: #s2 Proposed Order)

**MOVANT** : Art & Dentistry, LLC BY D Lynn

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____Denied Approval_____Deadline to file Amended D/S_____

    Other_____

    Confirmed_____as modified by _____

    Denied Confirmation_____with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted_____Denied_____Withdrawn_____Consent_____Default_____Under Adv.____

    Moot_____Dismissed_____Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court        [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel     [ ] Court
        [ ] Respondent's counsel  [ ] Other _____

NOTES:  Counsel advised court of the issues Debtor is having; matter continued to 11/15 at noon.  Court will hold virtually to help accommodate schedules of parties.